UNITED STATES DISTRICT COURT MASSACHUSETTS

Dan Howitz,

Plaintiff,

v

City Of Cambridge,

Defendant.

1:24CV11993NMG

MOTION REGARDING 3/30/26 DEADLINE TO FILE AMENDED COMPLAINT

I did not receive the judge's 3/4/26 order because, as I now find, my old email address, which was discontinued in September 2025, is listed in the efiling system. I was sent the judge's order last week after I emailed his clerk. I corrected my email address in my concurrently filed Amended Complaint.

Due to this, and due to disability caused practical difficulties, I ask if my concurrently filed amended complaint, motion for equitable tolling, and other filings, could be accepted.

Submitted by,

Dan Howitz, 4/27/26