**UNITED STATES DISTRICT COURT MASSACHUSETTS**

_____

Dan Howitz,
                        Plaintiff,                                        1:24CV11993NMG
v
City Of Cambridge,
                        Defendant.
_____

**FRCP 15 MOTION TO AMEND PLEADINGS TO CHANGE NAME OF DEFENDANT**

       I present the following, and discuss it, in my Amended Complaint (Document 13), and Page 2 of Document 13-1.  The City Of Cambridge is the legal entity regarding the issue of who the defendant is, and I ask that the name of defendant be changed to City Of Cambridge.  Also as I discuss on Page 2 of Document 13-1, my last name has been corrected to my family name, and I will be submitting motions to correct this for my other cases.

Submitted by,

Dan Howitz, 5/5/26

1