UNITED STATES DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,
                         Plaintiff,                                                      1:24CV11993NMG
v
City Of Cambridge,
                         Defendant.
_____

**PLAINTIFF'S FRCP 5.2 MOTION FOR PLAINTIFF TO REDACT HIS AND THE COURT'S FILINGS IN WHICH SENSITIVE MEDICAL INFORMATION IS PRESENTED**

Per the court's Document 11 order regarding my motion to seal, and the court's mention that I could request the following instead, I ask if I could be provided leave to file redacted versions of my and the court's documents that contain sensitive medical information.

Submitted by,

Dan Howitz, 5/5/26

1