UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAN HOWITT,
      Plaintiff,

      v.

CAMBRIDGE POLICE DEPARTMENT, et al.,
      Defendants.

)
)
)
)
)    Civil Action No.
)    24-11993-NMG
)
)
)
)

ORDER

GORTON, J.

Upon review of pro se plaintiff Dan Howitt's amended complaint (Docket # 13) and motions (Docket ## 12, 14, 15, 16), the Court hereby orders:

1.    The Clerk shall change the plaintiff's name from "Dan Howitt" to "Dan Howitz," as per his notice in ~~in~~ Docket # 13-1 *NMG* at 2 that "Dan Howitz" is his legal name. The docket shall indicate that "Dan Howitz" was formerly known as "Dan Howitt."

2.    The motion for an extension of time to file the amended complaint (Docket # 12) is ALLOWED nunc pro tunc. The amended complaint (Docket # 13) shall be the operative complaint.

3.    The motion to amend to change the name of the defendant (Docket # 15) is ALLOWED. Going forward, the City of Cambridge shall be the sole defendant in this action, and the Clerk shall amend the docket of this action accordingly.

4.    The motion for equitable tolling (Docket # 14) is DENIED without prejudice to Howitz raising the issue should the City of Cambridge raise the statute of limitations as an affirmative defense.

5.    The motion to redact filings in which sensitive medical information is presented (Docket # 16) is DENIED without prejudice to the extent Howitz seeks blanket permission for leave to file redacted versions of all documents he deems to contain sensitive medical information.  Howitz may seek leave to file a particular document in redacted form with the original document to be filed under seal, provided that he complies with Local Rule 7.2 concerning impounded and confidential materials.

6.    The Clerk shall issue a summons for the City of Cambridge.  Howitz is responsible for ensuring that the amended complaint, summons, and this order are served on the defendant in compliance with Rule 4 of the Federal Rules of Civil Procedure.

7.    Because Howitz is proceeding in forma pauperis, he may elect to have service completed by the United States Marshals Service ("USMS").  If Howitz chooses to have service completed by the USMS, he shall provide the agency with all papers for service on the defendant and a completed USM-285 form.  The USMS shall complete service as directed by Howitz with all costs of

2

service to be advanced by the United States.  The Clerk shall provide Howitz with a USM-285 form and instructions for service.

8.    Service must be completed within 90 days.  Failure to complete service in a timely fashion may result in dismissal of this action without further notice from the Court.  See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: 05/20/2026

3