**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| Dan Howitt, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 24-11993-NMG |
| City of Cambridge, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

**GORTON, J.**

Plaintiff Dan Howitt, proceeding <u>pro se</u>, has filed a motion to seal (Docket No. 21).[1]  The motion will be denied.  Plaintiff may file a request to seal specific pleadings (or parts thereof) that contain sensitive information but the Court will not seal the case in its entirety.

**So ordered.**

_Nathaniel M. Gorton_
Nathaniel M. Gorton
Senior United States District Judge

Dated: July 10 , 2026

---

[1] The motion was filed under the name of "Dan Howitz" but the case is filed in the name of "Dan Howitt" and plaintiff will henceforth be referred to by that name.