UNITED STATES DISTRICT COURT MASSACHUSETTS

_____

Dan Howitz,
                    Plaintiff,                                        1:24CV11993NMG
v
City Of Cambridge,
                    Defendant.
_____

PLAINTIFF'S EMERGENCY MOTION TO REPLACE DOCKETED FILINGS #1 - 17 WITH NEW FILINGS THAT HAVE THE COURT ORDERED AMENDED DEFENDANT'S NAME ("CITY OF CAMBRIDGE"), AND TO SEAL THE FILINGS #1-17 THAT HAVE THE OLD NAME

        The judge in Document #17 allowed my motion to change defendant's name to City Of Cambridge.  I

ask if Documents #1-17 could be replaced with documents that have the corrected defendant's name, and if

the documents that do not have the corrected name could be sealed.  I ask this because (a) of the above, and

(b) because of the multitude of months of severe abuse that I have been subjected to, as I describe in detail

my Document #21 motion to temporarily seal case.


Submitted by,

Dan Howitz, 7/14/26
Certificate Of Service:  This is not yet relevant for this case.

1