UNITED STATES DISTRICT COURT MASSACHUSETTS

Dan Howitz,
                          Plaintiff,                                              1:24CV11993NMG
v
City Of Cambridge,
                          Defendant.

PLAINTIFF'S EMERGENCY MOTION FOR VIRTUAL HEARING ON MY DOCUMENT #21 EMERGENCY MOTION TO TEMPORARILY SEAL CASE

In my Document #21, I ask if I can file under seal a multitude of documents regarding my motion to temporarily seal the case. A pro se clinic advised me to file that motion. I am confused about why I would not be allowed to file my documents under seal in support of my motion, given what I state in the motion. This is an extremely serious matter. I ask for a virtual hearing to discuss this. I am not able to attend hearings in-person currently due to my medical circumstance.

Submitted by,

Dan Howitz, 7/14/26

1