UNITED STATES DISTRICT COURT MASSACHUSETTS

Dan Howitz,
                    Plaintiff,                                                  1:24CV11993NMG
v
City Of Cambridge,
                    Defendant.

PLAINTIFF'S FRCP 4 MOTION TO SERVE SUMMONS AND INITIAL FILINGS BY EMAIL TO DEFENDANT

I had two people who are authorized per FRCP 4 to serve defendant attempt to do so in-person, but they were denied.  Defendant in violation of FRCP 4(c)(2) stated that it will accept service only from a sheriff or US Marshals Service.  I have defendant's attorneys' names (Megan Bayer, James Mulcahy) and email addresses, for service by email.  I would file my emailed service to them, and if possible, their emailed confirmation of receipt of service.


Submitted by,

Dan Howitz, 7/14/26

1