UNITED STATES DISTRICT COURT MASSACHUSETTS

Dan Howitz,
Plaintiff, 1:24CV11993NMG
v
City Of Cambridge,
Defendant.

PLAINTIFF'S FRCP 4 MOTION TO SERVE SUMMONS AND OTHER REQUIRED FILINGS BY EMAIL TO DEFENDANT

I had two people who are authorized per FRCP 4 to serve defendant attempt to do so in-person, but they were denied. Defendant in violation of FRCP 4(c)(2) stated that it will accept service only from the US Marshals Service. I have defendant's attorneys' names (Megan Bayer, James Mulcahy), and email addresses, for service by email. I would file my emailed service to them, and if possible, their emailed confirmation of receipt of service. I ask if I could serve both of them by email.

I filed this on the below 7/14/26, but it was not entered, as I found today. I was waiting for a ruling since that date, and today checked the docket. And this is relevant to my previous motion/discussion about the statute of limitations and lost mailings/filings of mine.

Submitted by,

Dan Howitz, 7/14/26