Case 1:24-cv-11993-NMG Document 19 Filed 05/22/26 Page 2 of 2

Civil Action No.: **1:24-CV-11993-NMG**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) City Of Cambridge
was received by me on (date) 8/17/26.

☐ I personally served the summons on the individual at (place) Cambridge City Hall, Clerk on (date) 8/18/26; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ______, a person of suitable age and discretion who resides there, on (date) ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) ______, who is designated by law to accept service of process on behalf of (name of organization) ______ on (date) ______; or

☐ I returned the summons unexecuted because ______; or

☐ Other (specify) :

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

8/19/26
Date

Tenitsz Obert
Server's Signature

Time Obert
Printed name and title

P.O. Box 12199, Cambridge MA 02138
Server's Address

Additional information regarding attempted service, etc:

Served: 2 copies of summons
operative complaint
5/20/26 order
Motion for equitable tolling
Civil Cover Sheet